**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   NOE GABRIEL GUTIERREZ-RAMIREZ            No. C-13-3656 EMC (pr)
    a/k/a JOSE GUADALUPE LOPEZ
8   RAMIREZ (CDCR # G-58209),

9              Petitioner,                   **ORDER OF TRANSFER**

10        v.

11  MANEESH SHARMA; *et al.*,

12             Respondents.
    _____/
13

14        Petitioner has filed a petition for writ of habeas corpus that is largely incomprehensible but

15  appears to challenge his conviction from the Los Angeles County Superior Court.  Los Angeles

16  County lies within the venue of the Central District of California.  Petitioner is confined at the

17  Correctional Training Facility in Monterey County, within the venue of the Northern District of

18  California. Venue is proper in a habeas action in either the district of confinement or the district of

19  conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence

20  imposed is preferably heard in the district of conviction.  *See* N. D. Cal. Habeas L.R. 2254-3(b).

21  The preferred venue here is the Central District of California because Petitioner was convicted and

22  the sentence was imposed in that district.  Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-

23  3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District

24  Court for the Central District of California.  The Clerk shall transfer this matter forthwith.

25        IT IS SO ORDERED.

26  Dated:  September 16, 2013

27                                          _____
                                            EDWARD M. CHEN
28                                          United States District Judge